UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br>    v.<br><br>STEPHAN A. CHARLOT,<br><br>    Defendant(s). | CASE NO. CR26-0019-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE |

Finding good cause, the Court GRANTS Defendant's unopposed motion to extend the pretrial motions deadline.  Dkt. No. 16.  Pretrial motions must be filed no later than March 12, 2026.

Dated this 4th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE - 1